DAVID A. BOONE - State Bar No. 74165
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
Eumie Castrence

Chapter 13  
Case No. 10-63219 ASW  
APPLICATION FOR COMPENSATION; DECLARATION

Debtor(s)_____/

1.  Debtor(s') attorney, __Law Offices of David A. Boone__, requests the approval of attorney's fees in the sum of $__3600.00__ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $__0.00__ has been previously paid to Debtor(s') attorney.

2.  In addition to the basic case, the Debtor(s') case involves:
    - _X_ Real property claims
    - ___ Compromise plan use
    - ___ Certain additional real property: ___ piece(s)
    - ___ State or federal tax claims
    - ___ Vehicle loans or leases
    - ___ An operating business
    - ___ Support arrears
    - _X_ Student loans
    - ___ 25 or more creditors
    - ___ Motion to commence or extend the automatic

3.  A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4.  All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: 12/29/2010

/s/ David A. Boone  
Attorney for Debtor(s)

Rev. 6/06